```
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA

               CASE NO. 07-2861-SNOW
```

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YASMARA FELCIA RODRIGUEZ GARCIA,

    Material Witness.

_____

## **O R D E R**

THIS CAUSE is before the Court on Material Witness, Yasmara Felcia Rodriguez Garcia's, Motion for Permission to Change Address. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. The Material Witness may reside with her aunt, Nelli Garcia, at the address provided in the motion.

DONE AND ORDERED at Fort Lauderdale, Florida, this 20th day of September, 2007.

                                         _____
                                         LURANA S. SNOW
                                         UNITED STATES MAGISTRATE JUDGE

Copies to:

SAUSA Don Brown (MIA)
Manny Gonzalez, Esq.